IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  10-cv-02643-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN G. STRANGE, and
THE EXECUTIVE INVESTIGATIVE GROUP,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    It is ORDERED that, upon request of the parties and pursuant to Fed. R. Civ. P. 41(a)(2), this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED December 3, 2010.

                                                        BY THE COURT:

                                                        s/ Philip A. Brimmer
                                                        PHILIP A. BRIMMER
                                                        United States District Judge